IN
THE

TENTH
COURT OF APPEALS

_______________

                       

                                       No.
10-04-00081-CR

 

        WILLIAM
CHARLES WEBB,

 

                                                                             Appellant

        v.

 

        THE STATE
OF TEXAS, 

 

                                                                             Appellee

 

_____________________

                           

From the 54th District Court

McLennan County, Texas

Trial Court No. 2002-216-C

 



MEMORANDUM Opinion



 

            Appellant
has filed a motion to withdraw his notice of appeal under Rule of Appellate
Procedure 42.2(a).  See Tex. R. App. P. 42.2(a); McClain v.
State, 17 S.W.3d 310, 311 (Tex.
App.—Waco 2000, no pet.) (per curiam). 
We have not issued a decision in this appeal.  Appellant personally signed a “Withdrawal of
Notice of Appeal” attached to the motion. 
The Clerk of this Court has sent a duplicate copy to the trial court
clerk.  Id.  Accordingly, the appeal is dismissed.

PER
CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed August 18, 2004

Do not publish

[CR25]